# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARIOSTO ZUNIGA, et al., | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 10-826 |
| | : | |
| RIVERVIEW RESIDENTIAL | : | |
| PARTNERS, II, L.P., et al., | : | |
| Defendants | : | |

## **O R D E R**

**AND NOW**, this 24th day of January, 2011, upon consideration of the plaintiffs' motion to remand (Document #2), and the defendants' response thereto (Document #9), it is hereby ORDERED that the motion to remand is GRANTED in its entirety. This case is REMANDED to the Court of Common Pleas of Philadelphia County.

FURTHERMORE, upon consideration of the plaintiffs' motion for sanctions (Document #10), and the defendants' response thereto (Document #13), it is also ORDERED that the motion for sanctions is DENIED.

The Clerk of Court is directed to transmit all original documents to the Court of Common Pleas of Philadelphia County.

BY THE COURT:

 /s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.